# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of April, two thousand and fifteen,

_____

| | |
|---|---|
| Ray Shatney, Individually and jointly as owner of other, DBA Greenfield Highland Beef, LLC, DBA Shat Acres Highland Cattle, LLC, DBA Shatney Tree Service, LLC, Greenfield Highland Beef, LLC, Shat Acres Highland Cattle, LLC, Janet Steward, Individually and jointly as owner of other, DBA Greenfield Highland Beef, LLC, DBA Shat Acres Highland Cattle, LLC, DBA Shatney Tree Service, LLC, Shatney Tree Service, LLC, | **ORDER** <br> Docket No: 15-600 |

        Plaintiffs- Appellants,

v.

Joseph La Porte, In His Official Capacity as Chief of Police of the Hardwick Police Department, Blanchard, Officer of the Hardwick Police Department, Tanner Atwood, In his Individual Capacity as an Officer of the Hardwick Police Department, William Field, In his Individual capacity as an Officer of the Hardwick Police Department, James Dziobek, Officer of the Hardwick Police Department, Mike Glodgett, Officer of the Hardwick Police Department, Michael Gero, Officer of the Hardwick Police Department, Anne Stevens, Member of the Greensboro Selectboard, Peter Gebbie, Member of the Greensboro Selectboard, Jefferson Tolman, Member of the Greensboro Selectboard, Peggy Lipscomb, Marsha Gadoury, Member of the Greensboro Selectboard, Carol Plante, Executive Director of the Hardwick-Greensboro Restorative Justice, in her Individual capacity, Town of Hardwick, Town of Greensoro,

        Defendants - Appellees.

_____

      Counsel for APPELLANTS Ray Shatney, Janet Steward, Greenfield Highland Beef, LLC, Shat Acres Highland Cattle, LLC and Shatney Tree Service, LLC has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 24, 2015 as the brief filing date.

      It is HEREBY ORDERED that Appellants' brief must be filed on or before June 24, 2015. The appeal is dismissed effective June 24, 2015 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court