UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand and fifteen,

_____

| | |
|---|---|
| Ray Shatney, Individually and jointly as owner of other, DBA Greenfield Highland Beef, LLC, DBA Shat Acres Highland Cattle, LLC, DBA Shatney Tree Service, LLC, Greenfield Highland Beef, LLC, Shat Acres Highland Cattle, LLC, Janet Steward, Individually and jointly as owner of other, DBA Greenfield Highland Beef, LLC, DBA Shat Acres Highland Cattle, LLC, DBA Shatney Tree Service, LLC, Shatney Tree Service, LLC, | **ORDER** <br> Docket No: 15-600 |

        Plaintiffs- Appellants,

v.

Joseph La Porte, In His Official Capacity as Chief of Police of the Hardwick Police Department, Kevin Blanchard, Officer of the Hardwick Police Department, Tanner Atwood, In his Individual Capacity as an Officer of the Hardwick Police Department, William Field, In his Individual capacity as an Officer of the Hardwick Police Department, James Dziobek, Officer of the Hardwick Police Department, Mike Glodgett, Officer of the Hardwick Police Department, Michael Gero, Officer of the Hardwick Police Department, Anne Stevens, Member of the Greensboro Selectboard, Peter Gebbie, Member of the Greensboro Selectboard, Jefferson Tolman, Member of the Greensboro Selectboard, Peggy Lipscomb, Marsha Gadoury, Member of the Greensboro Selectboard, Carol Plante, Executive Director of the Hardwick-Greensboro Restorative Justice, in her Individual capacity, Town of Hardwick, Town of Greensoro,

        Defendants - Appellees.

_____

      Counsel for APPELLEES Tanner Atwood, William Field and Town of Hardwick has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 23, 2015 as the brief filing date.

      It is HEREBY ORDERED that Appellees' brief must be filed on or before September 23, 2015 . If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

