# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-600cv

**Motion for:** Permission to File Oversized Brief

**Caption [use short title]**

Shatney

v.

LaPorte

Set forth below precise, complete statement of relief sought:

Permission to enlarge Brief word count from 14,000 words to 16,500 words

**MOVING PARTY:** Joseph LaPorte, Town of Hardwick, Tanner Atwood, William Field
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**OPPOSING PARTY:** Ray Shatney, Janet Steward

**MOVING ATTORNEY:** Nancy G. Sheahan and James F. Carroll

**OPPOSING ATTORNEY:** Timothy B. Yarrow

[name of attorney, with firm, address, phone number and e-mail]

McNeil, Leddy & Sheahan, P.C./English, Carroll & Boe, P.C.
271 South Union St., Burlington, VT 05401/ 64 Court St., Middlebury, VT 05753
802-863-4531;nsheahan@mcneilvt.com/802-388-6711;jcarroll@64court.com

68 West Main Street
Hyde Park, VT 05655
802-888-7300;tyarrow@comcast.net

**Court-Judge/Agency appealed from:** Vermont District Court (Rutland); Judge Crawford

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/Nancy G. Sheahan   **Date:** September 4, 2015   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]
/s/James F. Carroll

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

| | |
|---|---|
| RAY SHATNEY, *et al.*, <br>     Appellants-Plaintiffs, <br> <br> v. <br> <br> JOSEPH LaPORTE, *et al.*, <br>     Appellees-Defendants. | Docket No. 15-600cv |

**JOINT MOTION TO FILE OVERSIZED BRIEF**

NOW COME Appellee-Defendant Joseph LaPorte, by and through his attorneys, English, Carroll & Boe, P.C., and Appellees-Defendants Tanner Atwood, William Field and Town of Hardwick, by and through their attorneys, McNeil, Leddy & Sheahan, P.C., and pursuant to Local Rule 27.1(e), hereby move for permission to file one joint oversized Brief for a total word count not to exceed 16,500 words. An identical motion was made by Appellants-Plaintiffs Ray Shatney and Janet Steward on June 8, 2015 (Doc. 43). Their motion was granted on June 10, 2015 (Doc. 47). Appellees-Defendants seek an equivalent word limitation in the filing of their joint Brief. Pursuant to Local Rule 27.1(b), opposing Counsel has been contacted by email and has authorized the moving parties to represent to the Court that Appellants-Plaintiffs have no opposition to this motion.

DATED at Burlington, Vermont, this 4th day of September 2015.

McNEIL, LEDDY & SHEAHAN, P.C.

BY: /s/ Nancy G. Sheahan
Nancy G. Sheahan, Esq.
271 South Union St.
Burlington, VT 05401
(802)863-4531
nsheahan@mcneilvt.com
Attorneys for Appellees-Defendants Tanner Atwood, William Field and Town of Hardwick

McNEIL LEDDY & SHEAHAN
271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743
www.mcneilvt.com

DATED at Middlebury, Vermont, this 4th day of September 2015.

                                 ENGLISH, CARROLL & BOE, P.C.

BY: /s/ James F. Carroll
James F. Carroll, Esq.
64 Court St.
Middlebury, VT 05753
(802)388-6711
jcarroll@64court.com
Attorneys for Appellee-Defendant Joseph LaPorte

McNEIL LEDDY & SHEAHAN
271 South Union St.
Burlington, VT 05401
T 802.863.4531
F 802.863.1743
www.mcneilvt.com

2