# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand fifteen.

Before:    Susan L. Carney,
                    *Circuit Judge.*

_____

Ray Shatney, Individually and jointly as owner of other, et al.,

  Plaintiffs-Appellants,

      v.

Joseph La Porte, In His Official Capacity as Chief of Police of the Hardwick Police Department, et al.,

  Defendants-Appellees,

Mike Glodgett, Office of the Hardwick Police Department, et al.,

  Defendants.

**ORDER**
Docket No. 15-600

_____

    Appellees move to file an oversized brief of no more than 16,500 words.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

